**2008–1708. Cleveland Metro. Bar Assn. v. Polke.**
This cause came on for further consideration upon the filing by respondent of a motion to modify on March 20, 2013. Upon consideration thereof, it is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2013–0460. Perry v. Williams.**
Hamilton App. No. C–120120. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due March 25, 2013, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

It is further ordered that appellant's motion for stay of the court of appeals' judgment is denied as moot.

## CASE ANNOUNCEMENTS

*April 5, 2013*

[Cite as *04/05/2013 Case Announcements*, 2013-Ohio-1363.]

## MOTION AND PROCEDURAL RULINGS

**2012–2098. In re Comm. Rev. of Capacity Charges of Ohio Power Co.**
Public Utilities Commission, No. 10–2929–EL–UNC. This cause is pending before the court as an appeal and cross-appeal from the Public Utilities Commission of Ohio.

Upon consideration of Industrial Energy Users–Ohio and P.U.C.O.'s motion to consolidate case Nos. 2012–2098 and 2013–0228 for the purposes of briefing, and in the alternative to suspend the briefing schedule in case No. 2012–2098, it is ordered by the court that the motion to suspend the briefing schedule is granted. The briefing schedule in this case is stayed and will be reset upon the court's resolution of the motion to dismiss and the motion to consolidate.

**2013–0228. In re Comm. Rev. of Capacity Charges of Ohio Power Co.**
Public Utilities Commission, No. 10–2929–EL–UNC. This cause is pending before the court as an appeal and cross-appeal from the Public Utilities Commission of Ohio.

Upon consideration of Industrial Energy Users–Ohio and P.U.C.O.'s motion to consolidate case Nos. 2012–2098 and 2013–0228 for the purposes of briefing, and in the alternative to suspend the briefing schedule in case No. 2012–2098, it is ordered by the court that the motion to suspend the briefing schedule is granted. The briefing schedule in this case is stayed and will be reset upon the court's resolution of the motion to dismiss and the motion to consolidate.

## CASE ANNOUNCEMENTS

## April 8, 2013

[Cite as *04/08/2013 Case Announcements*, 2013-Ohio-1367.]

## MOTION AND PROCEDURAL RULINGS

**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. Howard has presented nine motions